UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JAMES J. MORAN,
                               Plaintiff

                                                                       ORDER

-vs-
                                                                       10-CV-6178 CJS

DR. LEBOWITZ, et al.,
                                Defendants

_____

       On March 27, 2013, the Honorable Marian W. Payson, United States Magistrate Judge, issued a Report and Recommendation (Docket No. [#44]), recommending that Plaintiff's motion to amend [#17] be denied, without prejudice to him filing another amended complaint. No objections were filed to the Report and Recommendation, and the time for doing so has now expired. Accordingly, it is hereby

       ORDERED, that the Report and Recommendation [#44] is affirmed and adopted in all respects; and it is further

       ORDERED, that Plaintiff's motion to amend [#17] is denied; and it is further

       ORDERED, that within thirty (30) days of the date of this Decision and Order, Plaintiff may file and serve an amended complaint that complies with the directions contained in the Report and Recommendation; in that regard Plaintiff is reminded that the amended pleading is intended to completely replace all prior pleadings.

            SO ORDERED.

Dated:     Rochester, New York
             April 29, 2013
                                          ENTER:

                                          /s/ Charles J. Siragusa
                                          CHARLES J. SIRAGUSA
                                          United States District Judge